IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SAINT TORRANCE, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:08cv74 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| DECISION ONE MORTGAGE COMPANY, LLC, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on November 14, 2008 (Doc. 33), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 25, 2008, hereby ADOPTS said Report and Recommendations.

Accordingly, it is **ORDERED** that plaintiff's motion for default judgement (Doc. 14) is **DENIED AS MOOT.**

   **IT IS SO ORDERED.**


   ___s/Susan J. Dlott_____
   **Chief Judge Susan J. Dlott**
   **United States District Court**